UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

vs

KEITH EARLE YOUNG

Case Number: 6:14-cr-219-RBD-UAM

USM Number: 61257-018

Vitaliy Kats, FPD
201 S Orange Ave., Suite 300
Orlando, FL 32801

## JUDGMENT IN A CRIMINAL CASE
For Revocation of Supervised Release

The defendant admitted guilt to the violations charged in paragraphs One, Two, Four, Five, Seven, and Eight of the term of supervision. The defendant is adjudicated guilty on these violations:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | New Criminal Conduct, Burglary to an Occupied Structure. | June 30, 2020 |
| Two | New Criminal Conduct, Attempted Burglary to an Unoccupied Conveyance. | June 30, 2020 |
| Four | New Criminal Conduct, Robbery, No Firearm or Weapon. | February 23, 2021 |
| Five | New Criminal Conduct, Robbery, No Firearm or Weapon. | March 1, 2021 |
| Seven | New Criminal Conduct, Leaving the Scene of an Accident. | March 6, 2021 |
| Eight | Failure to Make Restitution. | March 5, 2021 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Violation Charge numbers **Three and Six** are **WITHDRAWN** by the Government.

The Court finds that the defendant violated the terms and conditions of his supervised release.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

August 26, 2025

_____
ROY B. DALTON, JR.
UNITED STATES DISTRICT JUDGE

AUGUST __26__, 2025

AO 245D (Rev. 09/19) Judgment of Revocation in a Criminal Case

**Keith Earle Young**
**6:14-cr-219-RBD-UAM**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **24 MONTHS**. The term of imprisonment imposed by this judgment shall run consecutively with the defendant's term of imprisonment already imposed in case numbers 2021-CF-3428-AO; 2021-CF-3757-AO; 2021-CF-3656-AO; 2022-CF-202-AO; and 2021-CT-312-AE, in State Court.

The Court makes the following recommendations to the Bureau of Prisons:
1. Defendant to participate in Mental Health Treatment and be provided with the proper care and medication to manage his condition.

It is **FURTHER ORDERED** that upon release from imprisonment, Defendant is released from further supervision by the court.

The defendant is remanded to the custody of the United States Marshal to await designation by the Bureau of Prisons.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By: _____
Deputy U.S. Marshal

AO 245D (Rev. 09/19) Judgment of Revocation in a Criminal Case